*fnldUTr*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>JEFFERY L. MONTGOMERY<br><br>xxx–xx–2689<br>505 Keyes Road<br>Utica, NY 13502<br><br>AMELA MONTGOMERY<br>aka Amela Bukvic<br><br>xxx–xx–3801<br>505 Keyes Road<br>Utica, NY 13502 | )<br>)<br>)<br>)Case Number: 09–61562–6–dd<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Thomas Paul Hughes is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.


Utica, NY
DATED: 12/11/09

### BY THE COURT

Diane Davis
U.S. Bankruptcy Judge